# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:05CV343

| | |
|---|---|
| YVONNE PRESTON, and TOM PRESTON, ) ) ) Plaintiffs, ) ) Vs. ) ) McDOWELL COUNTY; McDOWELL ) COUNTY d/b/a McDOWELL COUNTY ) DEPARTMENT OF SOCIAL ) SERVICES, ) ) Defendants. ) ) | **MEMORANDUM AND ORDER** |

**THIS MATTER** is before the Court on the Magistrate Judge's Memorandum and Recommendation, filed November 8, 2006.

Pursuant to 28 U.S.C. § 636(b) and the standing Orders of Designation of this Court, United States Magistrate Judge Dennis L. Howell, was designated to consider pending motions in the captioned civil action and to submit to this Court recommendations for the disposition of these motions.

The Memorandum and Recommendation contains proposed findings of fact and conclusions of law in support of a recommendation regarding Defendants' motion for summary judgment. The parties were advised that any objections to the Magistrate Judge's findings were to be filed in writing within 14 days of service of the Recommendation; the period within which to file objections expired on November 27, 2006. No written objections to the Memorandum and Recommendation have been filed.

After a careful review of the Magistrate Judge's Recommendation, the Court finds that the proposed findings of fact are supported by the record and that the proposed conclusions of law are consistent with current case law. Accordingly, the Court hereby accepts the Magistrate Judge's Recommendation that the Defendants' motion for summary judgment be allowed.

**IT IS, THEREFORE, ORDERED** that the Defendants' motion for summary judgment is **ALLOWED**. A Judgment is filed herewith.

3

Signed: November 28, 2006

*[signature]*

Lacy H. Thornburg
United States District Judge