IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:05CV343

| | |
|---|---|
| YVONNE PRESTON, and TOM PRESTON, )<br>)<br>Plaintiffs, )<br>)<br>Vs. )<br>)<br>McDOWELL COUNTY; McDOWELL )<br>COUNTY d/b/a McDOWELL COUNTY )<br>DEPARTMENT OF SOCIAL )<br>SERVICES, )<br>)<br>Defendants. )<br>) | J U D G M E N T |

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Defendants' motion for summary judgment is **ALLOWED**, and this matter is hereby **DISMISSED WITH PREJUDICE** in its entirety.

Signed: November 28, 2006

Lacy H. Thornburg
United States District Judge